```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09408
   CAROLYN GILMORE
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-7026
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/24/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

    3.  The Debtor paid a total of $   1458.56 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   400.00
and was paid $    400.00   direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1458.56 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/20/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```